SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,<br><br>    Defendants. | Case No.: 3:12-cv-02453-SC<br><br>PLAINTIFF'S EX PARTE MOTION TO RESTRICT ACCESS<br><br>Judge:    Honorable Samuel Conti |

Plaintiff Larry Montgomery, through his attorney of record Sagaria Law, P.C. hereby moves this Honorable Court by way of Ex Parte motion pursuant to Local Rule 7-10 for the entry of an Order restricting the access of the public and therefore states as follows:

1. On May 14, 2012, the Court entered a "Notice of Removal" from the Alameda Superior Court as reflected by docket number 1.
2. The above named document inadvertently contains a name, social security number, date of birth, and/or an account number which is prohibited by Federal Rules of Civil Procedure 5.2(a).

Wherefore, Plaintiff respectfully requests this Honorable Court to enter an Order

PLAINTIFF'S EX PARTE MOTION TO RESTRICT ACCESS - 1

directing the Clerk to restrict electronic access to the document referenced above.

Dated: June 25, 2012                    /s/ *Elliot Gale*
                                        Elliot Gale, Esq.
                                        Attorney for Plaintiff