IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MONTGOMERY,<br><br>    Plaintiff,<br><br>  v.<br><br>PNC BANK, et al.,<br><br>    Defendants. | Case No. 12-2453 SC<br><br>ORDER GRANTING PLAINTIFF'S<br>EX PARTE MOTION TO RESTRICT<br><u>ACCESS</u> |

On May 14, 2012, Defendant PNC Bank National Association ("PNC") filed a Notice of Removal. ECF No. 1 ("Not. of Removal"). The document inadvertently contains confidential information in violation of Federal Rule of Civil Procedure 5.2(a). Plaintiff has filed an ex parte motion requesting the Court restrict access to the Notice of Removal. ECF No. 13 ("Ex Parte Mot."). Plaintiff's Ex Parte motion is GRANTED. The clerk shall restrict access to the Notice of Removal. Further, PNC shall file a redacted version of the Notice of Removal through the Court's electronic filing system.

IT IS SO ORDERED.

Dated: June 25, 2012

_____
UNITED STATES DISTRICT JUDGE