SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Brian H. Gunn (SBN 192594)
*bhgunn@wolfewyman.com*
Marcus T. Brown (SBN 225662)
*mtbrown@wolfewyman.com*
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MONTGOMERY,<br><br>            Plaintiff,<br><br>    v.<br><br>PNC BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br><br>            Defendants. | Case No.: 3:12-cv-02453-SC<br><br>STIPULATED REQUEST FOR DISMISSAL |

STIPULATED REQUEST FOR DISMISSAL - 1

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

    Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   October 23, 2012                /s/ Elliot Gale

                                       Elliot Gale, Esq.
                                       Sagaria Law, P.C.
                                       Attorney for Plaintiff

Dated: October 22, 2012                /s/ Marcus Brown
                                       Marcus Brown, Esq.
                                       Wolfe & Wyman LLP

                                       Attorneys for Defendant
                                       Citibank, N.A.

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

DATED: 10/25/12

_____
Judge Samuel Conti
UNITED STATES DISTRICT JUDGE

(Stamp: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)