| | |
|---|---|
| 1 | SCOTT J. SAGARIA (BAR # 217981) |
|   | SJSagaria@sagarialaw.com |
| 2 | ELLIOT W. GALE (BAR # 263326) |
|   | Egale@sagarialaw.com |
| 3 | SAGARIA LAW, P.C. |
|   | 333 West San Carlos Street, Suite 1750 |
| 4 | San Jose, CA 95110 |
|   | 408-279-2288 ph |
| 5 | 408-279-2299 fax |
| 6 | Attorneys for Plaintiff |
| 7 | Brian H. Gunn (SBN 192594) |
|   | *bhgunn@wolfewyman.com* |
| 8 | Marcus T. Brown (SBN 225662) |
|   | *mtbrown@wolfewyman.com* |
| 9 | WOLFE & WYMAN LLP |
|   | 2175 N. California Blvd., Suite 645 |
| 10 | Walnut Creek, California 94596-3502 |
|   | Telephone: (925) 280-0004 |
| 11 | Facsimile: (925) 280-0005 |
| 12 | |
|   | Attorneys for Defendant |
| 13 | PNC BANK, NATIONAL ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MONTGOMERY, | Case No.: 3:12-cv-02453-SC |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| v. | |
| PNC BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

1  TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

2      Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure
3  41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed
4  with prejudice. Each party shall bear its own attorneys' fees and costs.

6  Dated:   October 23, 2012                    /s/ Elliot Gale

7                                               Elliot Gale, Esq.
                                                Sagaria Law, P.C.
8                                               Attorney for Plaintiff

10 Dated: October 22, 2012                      /s/ Marcus Brown
                                                Marcus Brown, Esq.
11                                              Wolfe & Wyman LLP

                                                Attorneys for Defendant
13                                              Citibank, N.A.

17                         [PROPOSED] ORDER

19 IT IS SO ORDERED.

21 DATED:_____10/25/12_____                 

                                                _____
                                                UNITED STATES DISTRICT JUDGE